IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CINDY J. WOODEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | NO. CV 06-790-JPG-PMF |
| ) | |
| MICHAEL S. BARONE, ELBERT E. ) | |
| SIMON, and MILT SEES, in his official ) | |
| capacity as Acting Director of the ) | |
| ILLINOIS DEPARTMENT OF ) | |
| TRANSPORTATION, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having received a Joint Motion to Dismiss signed by all counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:  April 1, 2008**

**NORBERT G. JAWORSKI, Clerk**

**By: Brenda K. Lowe, Deputy Clerk**

**APPROVED:**  *s/J. Phil Gilbert*
                **J. PHIL GILBERT**
                **U. S. DISTRICT JUDGE**